| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **Felix Soto Jr.** | | Social Security number or ITIN | **xxx–xx–4463** |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | Social Security number or ITIN | _ _ _ _ |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Michigan** | | Date case filed for chapter  7 | **2/22/17** |
| Case number: | **17–42371–tjt** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**The court will dismiss this case without a hearing if the debtor(s) do not timely file all the required documents and if no request for a hearing on dismissal is filed within 21 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Felix Soto Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 309 Wabash<br>Milan, MI 48160 | |
| 4. | **Debtor's attorney**<br>Name and address | John Robert Keyes<br>300 North Huron Street<br>Ypsilanti, MI 48197 | Contact phone: (734) 662–1590 |
| 5. | **Bankruptcy trustee**<br>Name and address | Douglas Ellmann<br>308 West Huron<br>Ann Arbor, MI 48103–4204 | Contact phone: 734–668–4800 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| 6. **Bankruptcy clerk's office** | **Address of the Bankruptcy Clerk's Office:** 211 West Fort Street Detroit, MI 48226 | **For the Court:** Clerk of the Bankruptcy Court: Katherine B. Gullo |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or register online at www.pacer.gov. | Contact phone: 313–234–0065 | Hours open: 8:30am–4:00pm Monday–Friday<br><br>Date: 2/22/17 |
| 7. **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 29, 2017 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Bankruptcy Hearing Room, 200 E. Liberty, 2nd Floor, Ann Arbor, MI 48104** |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/30/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or register online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**

17-42371-mar    Doc 11    Filed 02/24/17    Entered 02/25/17 01:06:24    Page 2 of 3

```
                            United States Bankruptcy Court
                            Eastern District of Michigan
In re:                                                              Case No. 17-42371-tjt
Felix Soto, Jr.                                                     Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: admin              Page 1 of 1           Date Rcvd: Feb 22, 2017
                              Form ID: 309A            Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
```
db            +Felix Soto, Jr.,    309 Wabash,    Milan, MI 48160-1538
24593368       Equifax Credit Information Services, Inc,    O.O. Box 740241,    Atlanta, GA 30374
24593369      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
24593370       First Credit Inc,    P.O. Box 630838,    Cincinnati, OH 45263-0838
24593371      +Huntington Natl Bk,    Bankruptcy Notifications,    Po Box 340996,    Columbus, OH 43234-0996
24593374      +J.C. Christensen & Associates,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
24593375       J.P.Recovery Services, Inc.,    P. O. Box 1679,    Rocky River, OH 44116
24593380      +Seterus Inc,    14523 Sw Millikan Way St,    Beavertton, OR 97005-2352
24593382       TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022-2000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: ecf@robertkeyeslaw.com Feb 22 2017 22:59:42     John Robert Keyes,
                 300 North Huron Street,    Ypsilanti, MI 48197
tr             EDI: FDSELLMANN.COM Feb 22 2017 22:53:00      Douglas Ellmann,    308 West Huron,
                 Ann Arbor, MI 48103-4204
24593366      +EDI: CHASE.COM Feb 22 2017 22:53:00      Chase Card,    Attn: Correspondence,    Po Box 15298,
                 Wilmington, DE 19850-5298
24593367      +Fax: 602-659-2196 Feb 22 2017 23:57:27      ChexSystems,    Attn: Consumer Relations,
                 7805 Hudson Road,    Suite 100,    Woodbury, MN 55125-1703
24593372       EDI: IRS.COM Feb 22 2017 22:53:00      Internal Revenue Service,    Insolvency Group 2,
                 880 Front Street,    San Diego, CA 92101-8869
24593376      +E-mail/Text: MarcsBankruptcyUnit@michigan.gov Feb 22 2017 23:01:39
                 Michigan Department of Treasury,    Collection/Bankruptcy Unit,    P.O. Box 30168,
                 Lansing, MI 48909-7668
24593377      +E-mail/Text: MarcsBankruptcyUnit@michigan.gov Feb 22 2017 23:01:39
                 Michigan Department of Treasury,    Collection/Bankruptcy Unit,    P.O. Box 30199,
                 Lansing, MI 48909-7699
24593378      +E-mail/Text: egssupportservices@egscorp.com Feb 22 2017 23:01:08
                 NCO Financial Systems, Inc.,    507 Prudential Rd.,    Horsham, PA 19044-2308
24593379       EDI: RECOVERYCORP.COM Feb 22 2017 22:53:00      Recovery Management Systems Corporation,
                 25 S.E. Avenue, Suite 1120,    Miami, FL 33131
24593381      +E-mail/Text: crwkflw@firstdata.com Feb 22 2017 23:01:31     TeleCheck Services, Inc.,
                 5251 Westheimer,    Houston, TX 77056-5499
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24593373*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    P.O. Box 21126,
                 Philadelphia, PA 19114)
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0